IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02819-REB-MEH

CHARLENE CHAVEZ,

    Plaintiff,

v.

THE ADVANTAGE GROUP,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 22, 2013.**

    Plaintiff's "Unassented to" Motion for Leave to Amend Her Complaint [filed March 21, 2013; docket #22] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. The Court reminds the parties that it "will not consider *any motion*, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel. " D.C. Colo. LCivR 7.1A (emphasis added).  It is the responsibility of the moving party to "state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule...." *Id.*

    In the Motion, Plaintiff expresses an intent to seek leave from the Court "without the assent of Defendant."  In the Court's view, this language is either intentionally vague as to Defendant's opposition or accurately communicates Plaintiff's failure to consult with Defendant.  In either case, Plaintiff has failed to comply with D.C. Colo. LCivR 7.1A.