IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02819-REB-MEH

CHARLENE CHAVEZ,

    Plaintiff,

v.

THE ADVANTAGE GROUP,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 18, 2013.**

    Plaintiff's Motion to Strike Portions of Defendant's Reply Brief [filed June 14, 2013; docket #33] is **granted in part** and **denied in part** as follows.  Though the Court declines to strike portions of the reply brief, Plaintiff is granted leave to submit a surreply on before **June 24, 2013**, for the sole purpose of addressing those issues raised in the pending Motion. Plaintiff's surreply shall not exceed five (5) pages in length.