**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02819-REB-MEH

CHARLENE CHAVEZ,

     Plaintiff,

v.

THE ADVANTAGE GROUP,

     Defendant.

---

## ORDER APPROVING JUROR QUESTIONNAIRE

---

**Blackburn, J.**

     The attached **Juror Questionnaire** is approved for use in the trial of this case.

     **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror**

**Questionnaire** shall be given to and completed by each prospective juror reporting for

service in the trial of this case.

     Dated July 26, 2013, at Denver, Colorado.

                                             **BY THE COURT:**

                                           Robert E. Blackburn
                                         United States District Judge