**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

|  |  |
|---|---|
| CHARLENE CHAVEZ )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>THE ADVANTAGE GROUP, )<br>JOHN DOES, and JANE DOES )<br>    Defendants, )<br> ) | Civil Action No. 1:12-cv-02819-REB-MEH |

## NOTICE OF SETTLEMENT

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 8, 2013      RESPECTFULLY SUBMITTED,

/s/Kevin V. K. Crick
Kevin V. K. Crick, Esq.
Consumer Rights Law Firm, PLLC
231 Sutton Square, Suite 1A
North Andover, MA 01845
Telephone: (978) 420-4747
Fax: (978) 409-1846
Email: kevinc@consumerlawfirmcenter.com
ATTORNEY FOR PLAINTIFF

/s/Kim A. Lucas
Kim A. Lucas, Esq.
Kyle Mathis & Lucas, LLP
8226 Douglas, Ste. 450
Dallas, TX. 7522
Telephone: (214) 706-7607
Fax: (214) 706-7622
Email: klucas@kylemathis.com
ATTORNEY FOR PLAINTIFF

1

## **PROOF OF SERVICE**

   I hereby certify that on August 8, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                /s/ Kevin V. K. Crick, Esq.

                /s/ Kimberly A. Lucas, Esq.