**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02819-REB-MEH

CHARLENE CHAVEZ,

    Plaintiff,

v.

THE ADVANTAGE GROUP,
JOHN DOES, and
JANE DOES,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal** [#54][1] filed August 28, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with each party to pay their own costs and attorney fees.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal** [#54] filed August 28, 2013, is **APPROVED**; and

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated September 3, 2013, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Robert E. Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge

---

[1] "[#54]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.